Date: June 10, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUN 15 2015

CHRISTOPHER A. PRINE

CLERK _____

HARRIS County District Clerk
COURT OF APPEALS
First District
301 Fannin Street
Houston, Texas 77002-2066

Cause # 01-13-00920 CR
Trial Cause # 12-09-09812 CR
Lydell Anton Jones
vs...
THE STATE OF TEXAS

Dear District Clerk of the First District court of Appeals;

I've already sent in my Motion for rehearing pro-se May 10 2015.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the court's ruling on my Motion for rehearing.

Sincerely,

Lydell Jones

Appellant Pro Se
TDCJ # 1908538
Texas Department of Criminal Justice
Unit: H.H. Coffield Unit
Address: 2661 F.M. 2054
Tennessee Colony, Tx 75884

Lydell Antoine Jones #1902538
2661 FM 2054 Coffield Unit
Tennessee Colony, Texas 75884

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 15 2015

CHRISTOPHER A. PRINE
CLERK

HARRIS COUN-
1 District Court of Appeals (
301 Fannin Street
Houston, Texas 77002-2

MAIL RECEIVED